SOL N. LUSHER, Appellant, v. ALBERT HERSKOVITS and Another, Copartners, etc., Respondents.— Order so far as appealed from affirmed, with ten dollars costs

and disbursements. No opinion. Settle order fixing date for examination to proceed upon notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.